RECEIVED
IN MONROE, LA
JUL 18 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JAMES MURPHY | CIVIL ACTION NO. 06-1196 |
| VS. | SECTION P |
| ROBERT CANFIELD, ET AL. | MAGISTRATE JUDGE HAYES |
| | JUDGE JAMES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation filed in the record,

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii) and 1915A(b)(1).

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this the 16 day of July, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE